**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-03444-LTB-BNB

TRACY BENTLEY,

      Plaintiff,

v.

EOS CCA f/k/a COLLECTION COMPANY OF AMRICA,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice Pursuant to Settlement (Doc 14 - filed June 9, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:    June 10, 2014